**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 090058)
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

**UNITED EMPLOYEES LAW GROUP, PC**
Walter Haines, Esq. (SBN 71075)
110 Pine Avenue, Suite 725
Long Beach, California  90802
Telephone:  (888) 474-7242
Facsimile:   (866) 435-7471
whaines@uelglaw.com

Attorneys for Plaintiff and the Proposed Plaintiff Classes

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HARRIS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXTENDED STAY HOTELS; HVM, L.L.C., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **CASE NO.  CV11-04899 RGK(SHx)**<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>JUDGE:    R. Gary Klausner |

/ / /

/ / /

/ / /

/ / /

---

1

**Proposed Order Granting Dismissal**　　　　　　　　**Case No. CV11-04899 RGK (SHx)**

1    Having read and considered the Stipulation of Dismissal with Prejudice, the
2 parties' stipulated request is hereby GRANTED.  All of Plaintiff Karen Harris'
3 claims in this action and all of his claims for relief in this action are dismissed with
4 prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).
5    The parties shall each bear their own respective costs and attorneys' fees.

7 IT IS SO ORDERED.

10 DATED: May 30, 2012                                  _____
11                                                                          R. Gary Klausner
12                                                                          United States District Judge

2

**Proposed Order Granting Dismissal**                    **Case No. CV11-04899 RGK (SHx)**